UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23611-CIV-MARTINEZ/SANCHEZ

TATIANA STEFANI QUINTELLA,

        Plaintiff,

v.

PHILIPE PIZZARI PINTO,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Entry of Final Default Judgment ("Motion"), [ECF No. 27]. [ECF No. 28]. On February 26, 2026, Judge Sanchez filed a Report and Recommendation recommending that the Plaintiff's Motion be **GRANTED**. [ECF No. 30]. This Court has reviewed the entire file and record and notes that no objections have been filed, and the time to do so has passed.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Report and Recommendation [ECF No. 30] is **AFFIRMED** and **ADOPTED**.

2.      Plaintiff's Motion for Default Judgment [ECF No. 27] is **GRANTED**.

3.      Final Judgment shall issue by separate order.

**DONE AND ORDERED** in Miami, Florida, this **23** day of March, 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Sanchez
       all counsel of record